**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6236**

UNITED STATES OF AMERICA,

              Petitioner – Appellee,

         v.

ALBERT F. IAQUINTA,

              Respondent - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (5:98-hc-00764-BR)

Submitted:  July 31, 2014          Decided:  August 15, 2014

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James B. Craven, III, Durham, North Carolina, for Appellant. Thomas G. Walker, United States Attorney, R.A. Renfer, Jr., Robert J. Dodson, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert F. Iaquinta appeals the district court's order denying his motion for a hearing pursuant to 18 U.S.C.A. § 4247(h) (West 2012 & Supp. 2014) to determine whether he should be discharged. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED